**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE DOE, individually and on behalf of similarly situated persons,

Plaintiff,

v.

DV KALAMAZOO, LLC d/b/a Little Darlings of Kalamazoo; and CINEMA THEATRE OF KALAMAZOO, INC., d/b/a Deja Vu Showgirls of Kalamazoo,

Defendants.

Case No.: 1:23-cv-01081-PLM-SJB

Honorable: Paul L. Maloney
Sally J. Berens
by referral

# JOINT MOTION FOR STAY IN FAVOR OF ARBITRATION PURSUANT TO 9 U.S.C. § 3

David M. Blanchard (P67190)
Kelly R. McClintock (P83198)
**BLANCHARD & WALKER, PLLC**
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
T: 734-929-4313
E: blanchard@bwlawonline.com
E: mclintock@bwlawonline.com

*Attorney for Plaintiff Jane Doe*

Bradley J. Shafer (MI P36604)
Matthew J. Hoffer (MI P70495)
Zachary M. Youngsma (MI 84148)
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565
E: Brad@BradShaferLaw.com
E: Matt@BradShaferLaw.com
E: Zack@BradShaferLaw.com

*Attorneys for Defendants DV Kalamazoo, LLC and Cinema Theatre of Kalamazoo, Inc.*

COME NOW, DV Kalamazoo, LLC d/b/a Little Darlings of Kalamazoo and Cinema Theatre of Kalamazoo, Inc. d/b/a Deja Vu Showgirls of Kalamazoo (collectively “Defendants”), and Plaintiff Jane Doe, and pursuant to 9 U.S.C. § 3 hereby jointly move for the entry of an order staying this matter in favor of arbitration as set forth below:

1. Section 3 of Title 9 of the United States Code states:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in

> writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

9 U.S.C. § 3.

2. Plaintiff filed her complaint on or about October 11, 2023. [ECF 1].

3. Defendants have provided Plaintiff with copies of agreements to arbitrate executed by Plaintiff on December 26, 2019; January 16, 2020; June 4, 2020; March 3, 2021; August 18, 2022; and October 6, 2022. Based thereon, the Parties agree to arbitrate all of their disputes.

4. The Parties have agreed to this suit being stayed in favor of arbitration.

5. The Parties have agreed to delay filing in arbitration for an initial period of 60 days from the Court's entry of an order staying this suit to explore potential settlement options and, if necessary, select a mutually agreed upon arbitrator and/or arbitration service, with additional delays possible if discussions prove to be productive.

6. The Parties have further agreed that for the purposes of the arbitration of Plaintiff's claims—not of any class or collective action member/opt-in's claims—in the event that settlement discussions are unsuccessful, the arbitrator will deem her claims as having been filed on the date that she filed the Complaint in the instant action, which was October 11, 2023.

**IT IS SO STIPULATED AND AGREED.**

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Plaintiff and Defendants respectfully request that this Honorable Court enter an order staying this case pursuant to 9 U.S.C. § 3 and directing the Parties to arbitrate their claims in accordance with the stipulations set forth herein.

Dated: December 14, 2023

Respectfully Submitted,

Agreed to on behalf of Plaintiff,

**BLANCHARD & WALKER, PLLC**

*/s/Kelly R. McClintock*
David M. Blanchard (P67190)
Kelly R. McClintock (P83198)
**BLANCHARD & WALKER, PLLC**
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
T: 734-929-4313
E: blanchard@bwlawonline.com
E: mclintock@bwlawonline.com

*Attorney for Plaintiff Jane Doe*

Agreed to on behalf of Defendants,

**SHAFER & ASSOCIATES, P.C.**

*/s/Zachary M. Youngsma*
Bradley J. Shafer (MI P36604)
Matthew J. Hoffer (MI P70495)
Zachary M. Youngsma (MI 84148)
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565
E: Brad@BradShaferLaw.com
E: Matt@BradShaferLaw.com
E: Zack@BradShaferLaw.com

*Attorneys for Defendants DV Kalamazoo, LLC and Cinema Theatre of Kalamazoo, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF/CMF system, which will send notification of such filing to all counsel of record.

*/s/Zachary M. Youngsma*
Zachary M. Youngsma (MI P84148)
**SHAFER & ASSOCIATES, P.C.**